IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Pittman, Barbara J | Case Number: 05 B 07965 |
| | Judge: Hollis, Pamela S |
| Printed: 12/19/07 | Filed: 3/7/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: November 28, 2007
Confirmed: April 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 22,350.00 | |
| Secured: | | 8,874.21 |
| Unsecured: | | 7,297.68 |
| Priority: | | 0.00 |
| Administrative: | | 2,410.00 |
| Trustee Fee: | | 952.04 |
| Other Funds: | | 2,816.07 |
| Totals: | 22,350.00 | 22,350.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | Bank Of America | Secured | 0.00 | 0.00 |
| 3. | Bank Of America | Secured | 402.75 | 402.75 |
| 4. | Capital One Auto Finance | Secured | 8,471.46 | 8,471.46 |
| 5. | Capital One Auto Finance | Unsecured | 3,472.76 | 3,472.76 |
| 6. | Peoples Energy Corp | Unsecured | 1,181.77 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 3,440.58 | 3,440.58 |
| 8. | Resurgent Capital Services | Unsecured | 384.34 | 384.34 |
| 9. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 10. | Capital One | Unsecured | | No Claim Filed |
| 11. | Blitt & Gaines | Unsecured | | No Claim Filed |
| 12. | Holy Cross Hospital | Unsecured | | No Claim Filed |
| 13. | Chicago Housing Authority | Unsecured | | No Claim Filed |
| 14. | Tate & Kirlin | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 19,763.66 | $ 18,581.89 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 78.00 |
| 3% | 61.19 |
| 5.5% | 336.59 |
| 5% | 102.01 |
| 4.8% | 195.84 |
| 5.4% | 178.41 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pittman, Barbara J

Printed: 12/19/07

Case Number: 05 B 07965
Judge: Hollis, Pamela S
Filed: 3/7/05

_____
$ 952.04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

